1  James J. Pisanelli, Esq., Bar No. 4027
   jjp@pisanellibice.com
2  M. Magali Mercera, Esq., Bar No. 11742
   mmm@pisanellibice.com
3  PISANELLI BICE PLLC
   400 South 7th Street, Suite 300
4  Las Vegas, Nevada 89101
   Telephone: 702.214.2100
5  Facsimile: 702.214.2101

6  Steven G. Hill, Esq. (*pro hac vice admitted*)
   Vivek Ganti, Esq. (*pro hac vice admitted*)
7  Martha L. Decker, Esq. (*pro hac vice admitted*)
   HILL, KERTSCHER & WHARTON
8  3350 Riverwood Parkway, Suite 800
   Atlanta, Georgia 30339
9  Telephone: 770.953.0995
   Facsimile: 770.953.1358
10 *Attorneys for Plaintiff Xcelis LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| XCELIS LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>PANASONIC CORPORATION OF NORTH AMERICA, a Delaware corporation,<br><br>Defendant. | Case No.: 2:17-cv-02463-RFB-CWH<br><br>**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DEFENDANT'S TIME TO FILE ANSWER; AND [PROPOSED] ORDER THEREON** |

Plaintiff Xcelis LLC ("Xcelis") moves to extend by forty-five (45) days the time for Defendant Panasonic Corporation ("Panasonic") to answer or otherwise respond to Plaintiff's Complaint. In support, Xcelis states as follows: Panasonic's response to the Complaint is due October 24, 2017. Xcelis' counsel and in-house counsel for Panasonic have conferred and agreed to a forty-five (45) day extension to answer to the Complaint. Panasonic needs this time to hire outside counsel and investigate and respond to the allegations of the Complaint. A 45-day extension would make Panasonic's response due by December 8, 2017.

1

For these reasons, the Parties respectfully request an additional 45 days for Panasonic to answer the Complaint.

DATED this 23rd day of October 2017.

PISANELLI BICE PLLC

By: /s/ M. Magali Mercera
James J. Pisanelli, Esq., Bar No. 4027
M. Magali Mercera, Esq., Bar No. 11742
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

and

HILL, KERTSCHER & WHARTON LLP
Steven G. Hill, Esq. (*pro hac vice admitted*)
Vivek Ganti, Esq. (*pro hac vice admitted*)
Martha L. Decker, Esq. (*pro hac vice admitted*)
3350 Riverwood Parkway, Suite 800
Atlanta, GA 30339

*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 24, 2017

CASE NO: 17-cv-02463-RFB-CWH

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of PISANELLI BICE PLLC and that, on this 23rd day of October 2017, I caused to be served via the Court's CM/ECF service system a true and correct copy of the above **PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DEFENDANT'S TIME TO FILE ANSWER; AND [PROPOSED] ORDER THEREON** to all persons on the CM/ECF service list.

*/s/* Cinda Towne
An employee of PISANELLI BICE PLLC