1  James J. Pisanelli, Esq., Bar No. 4027
   jjp@pisanellibice.com
2  M. Magali Mercera, Esq., Bar No. 11742
   mmm@pisanellibice.com
3  PISANELLI BICE PLLC
   400 South 7th Street, Suite 300
4  Las Vegas, Nevada 89101
   Telephone:  702.214.2100
5  Facsimile:  702.214.2101

6  Steven G. Hill, Esq. (*pro hac vice admitted*)
   Vivek Ganti, Esq. (*pro hac vice admitted*)
7  Martha L. Decker, Esq. (*pro hac vice admitted*)
   HILL, KERTSCHER & WHARTON
8  3350 Riverwood Parkway, Suite 800
   Atlanta, Georgia 30339
9  Telephone:  770.953.0995
   Facsimile:  770.953.1358
10 *Attorneys for Plaintiff Xcelis LLC*

11 **UNITED STATES DISTRICT COURT**

12 **DISTRICT OF NEVADA**

| | |
|---|---|
| XCELIS LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>PANASONIC CORPORATION OF NORTH AMERICA, a Delaware corporation,<br><br>Defendant. | Case No.: 17-cv-02463-RFB-CWH<br><br>**PLAINTIFF'S SECOND UNOPPOSED MOTION TO EXTEND DEFENDANT'S TIME TO FILE ANSWER; AND [PROPOSED] ORDER THEREON** |

Plaintiff Xcelis LLC ("Xcelis" or "Plaintiff") moves to extend by thirty (30) days the time for Defendant Panasonic Corporation ("Panasonic") to answer or otherwise respond to Plaintiff's Complaint.  In support, Xcelis states as follows:  Panasonic's response to the Complaint is due December 8, 2017. (ECF No. 14.)  Xcelis and Panasonic are in the process of memorializing a settlement in principle to resolve the claims at issue in the Complaint.  Xcelis' counsel and in-house counsel for Panasonic have conferred and agreed that a 30-day extension will provide the Parties time to memorialize the anticipated settlement.  A 30-day extension would make Panasonic's response due by January 8, 2018.

1

PISANELLI BICE PLLC
400 SOUTH 7TH STREET, SUITE 300
LAS VEGAS, NEVADA 89101

For these reasons, the Parties respectfully request an additional 30 days for Panasonic to answer the Complaint.

DATED this 6th day of December 2017.

PISANELLI BICE PLLC

By: /s/ M. Magali Mercera
James J. Pisanelli, Esq., Bar No. 4027
M. Magali Mercera, Esq., Bar No. 11742
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

and

HILL, KERTSCHER & WHARTON LLP
Steven G. Hill, Esq. (*pro hac vice admitted*)
Vivek Ganti, Esq. (*pro hac vice admitted*)
Martha L. Decker, Esq. (*pro hac vice admitted*)
3350 Riverwood Parkway, Suite 800
Atlanta, GA 30339

*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 7, 2017

CASE NO: 17-cv-02463-RFB-CWH

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of PISANELLI BICE PLLC and that, on this 6th day of December 2017, I caused to be served via the Court's CM/ECF service system a true and correct copy of the above **PLAINTIFF'S SECOND UNOPPOSED MOTION TO EXTEND DEFENDANT'S TIME TO FILE ANSWER; AND [PROPOSED] ORDER THEREON** to all persons on the CM/ECF service list.

    /s/ Cinda Towne
An employee of PISANELLI BICE PLLC