1  James J. Pisanelli, Esq., Bar No. 4027
   jjp@pisanellibice.com
2  M. Magali Mercera, Esq., Bar No. 11742
   mmm@pisanellibice.com
3  PISANELLI BICE PLLC
   400 South 7th Street, Suite 300
4  Las Vegas, Nevada 89101
   Telephone:  702.214.2100
5  Facsimile:  702.214.2101

6  Steven G. Hill, Esq. (*pro hac vice admitted*)
   Vivek Ganti, Esq. (*pro hac vice admitted*)
7  Martha L. Decker, Esq. (*pro hac vice admitted*)
   HILL, KERTSCHER & WHARTON
8  3350 Riverwood Parkway, Suite 800
   Atlanta, Georgia 30339
9  Telephone:  770.953.0995
   Facsimile:  770.953.1358
10 *Attorneys for Plaintiff Xcelis LLC*

11                **UNITED STATES DISTRICT COURT**

12                      **DISTRICT OF NEVADA**

13 XCELIS LLC, a Nevada limited liability          Case No.:  17-cv-02463-RFB-CWH
   company,
14
                              Plaintiff,          **PLAINTIFF'S THIRD UNOPPOSED**
15                                                **MOTION TO EXTEND DEFENDANT'S**
   v.                                             **TIME TO FILE ANSWER; AND**
16                                                **[PROPOSED] ORDER THEREON**
   PANASONIC CORPORATION OF NORTH
17 AMERICA, a Delaware corporation,

18                            Defendant.

19

20

21        Plaintiff Xcelis LLC ("Xcelis" or "Plaintiff") moves to extend by twenty-five (25) days the

22 time for Defendant Panasonic Corporation ("Panasonic") to answer or otherwise respond to

23 Plaintiff's Complaint.  In support, Xcelis states as follows:  Panasonic's response to the Complaint

24 is due January 8, 2018. (ECF No.  16.)  Xcelis and Panasonic have memorialized a written

25 settlement to resolve the claims at issue in the Complaint, and anticipate the requisite settlement

26 terms (including payment) will be completed by January 31, 2018.  Xcelis' counsel and in-house

27 counsel for Panasonic have conferred and agreed that a 25-day extension will provide the Parties

28 time to complete the anticipated settlement.  A 25-day extension would make Panasonic's

1 response due by February 2, 2018.

2     For these reasons, the Parties respectfully request an additional 25 days for Panasonic to

3 answer the Complaint.

4     DATED this 3rd day of January 2018.

5                        PISANELLI BICE PLLC

6

7                     By: _____
                       James J. Pisanelli, Esq., Bar No. 4027
                       M. Magali Mercera, Esq., Bar No. 11742

8                        400 South 7th Street, Suite 300
                       Las Vegas, Nevada 89101

9

10                     and

11                     HILL, KERTSCHER & WHARTON LLP
                    Steven G. Hill, Esq. (*pro hac vice admitted*)

12                     Vivek Ganti, Esq. (*pro hac vice admitted*)
                    Martha L. Decker, Esq. (*pro hac vice admitted*)

13                     3350 Riverwood Parkway, Suite 800
                    Atlanta, GA 30339

14

15                     *Attorneys for Plaintiff*

16

17

18                     **ORDER**

19     IT IS SO ORDERED.

20                     _____

21                     UNITED STATES MAGISTRATE JUDGE

22                     DATED: January 4, 2018

23                     _____

24                     CASE NO: 17-cv-02463-RFB-CWH

25

26

27

28

PISANELLI BICE PLLC
400 SOUTH 7TH STREET, SUITE 300
LAS VEGAS, NEVADA 89101

PISANELLI BICE PLLC
400 SOUTH 7TH STREET, SUITE 300
LAS VEGAS, NEVADA 89101

1

## CERTIFICATE OF SERVICE

2    I HEREBY CERTIFY that I am an employee of PISANELLI BICE PLLC and that, on this

3    3rd day of January 2018, I caused to be served via the Court's CM/ECF service system a true and

4    correct copy of the above **PLAINTIFF'S THIRD UNOPPOSED MOTION TO EXTEND**

5    **DEFENDANT'S TIME TO FILE ANSWER; AND [PROPOSED] ORDER THEREON** to

6    all persons on the CM/ECF service list.

7    _____

8    An employee of PISANELLI BICE PLLC

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28